## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Elizabeth Hayden
                    Plaintiff,

v.                                              Case No.: 1:22−cv−06957
                                                Honorable John F. Kness

Kariejean Kordick, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

    MINUTE entry before the Honorable John F. Kness: Plaintiff's motion to voluntarily dismiss a certain defendant [15] is granted. Defendant Meta Platforms, Inc. is voluntarily dismissed as Defendant without prejudice. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.