# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Hayden

                      Plaintiff,

v.                                                                                                Case No.: 1:22−cv−06957

                                                                                                   Honorable John F. Kness

Kariejean Kordick, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable John F. Kness: At the hearing held on 11/1/2023 (see Dkt. [33]), the Court explored the basis of Defendant's stated opposition to Plaintiff's motion [32] to dismiss this case voluntarily without prejudice. As discussed on the record, the Court directed the parties to confer further on whether the dismissal should be with prejudice by agreement or whether the parties would recommend a different course. In a joint email communication to Court staff sent on 11/13/2023, the parties related that Plaintiff has agreed to dismiss the matter with prejudice. Based on the substance of that email, the Court construes Plaintiff's motion [32] to voluntarily dismiss the case as an unopposed motion to dismiss the case with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Consistent with Rule 41(a)(2), the motion is granted, and the case is dismissed with prejudice. To the extent either party objects to the substance of this order, they may file a short, written objection on or before 11/21/2023. Each party is to bear its own fees and costs. The hearing set for 11/16/2023 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.